### FRED S. THOMPSON,

#### Appellant from the decree of The Judge of Probate.

Waldo County.  Decided February 21, 1921.  This case has been twice before presented to the Law Court as will appear in Thompson, *Appellant,* 114 Maine, 338, and *Thompson, Appellant,* 116 Maine, 473.

In these cases every question raised in the present case was before the court and decided adversely to the appellant.

We discover no new question, federal or state, raised by the present exceptions.

The question now presented is clearly res judicata.  Exceptions overruled.  Decree of Supreme Court of Probate affirmed with costs. *Aurelia E. Hanson, Arthur S. Littlefield, Eugene C. Upton, and George P. Gould,* for appellant.  *William P. Whitehouse, Robert F. Dunton, and Robert T. Whitehouse,* for appellees.